1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CHAVEZ, as an individual and on behalf of all others similarly situated, | CASE NO. CV-12-5291 RGK (RZx) |
| Plaintiff, | |
| v. | [PROPOSED] JUDGMENT |
| TIME WARNER CABLE LLC; TIME WARNER ENTERTAINMENT COMPANY, LP; TIME WARNER CABLE SHARED SERVICES; and DOES 1 to 100, inclusive, | [Hon. Gary A. Klausner] |
| Defendants. | |

1  This action came on for a hearing before the Court, on January 14, 2013, on a
2  Motion for Summary Judgment by Defendants Time Warner Cable LLC and Time
3  Warner Entertainment Company, L.P. ("Defendants"), the Hon. Gary A. Klausner,
4  United States District Court Judge, presiding.

5  For good cause shown, Defendants' Motion for Summary Judgment against
6  Plaintiff Michael Chavez's ("Plaintiff") claims is GRANTED in its entirety. IT IS
7  HEREBY ADJUDGED that ~~that Time Warner Cable Shared Services is dismissed as~~
8  ~~a defendant in this action as it is not a legal entity capable of being sued, that~~
9  Plaintiff's claims are all dismissed with prejudice, that Plaintiff shall take nothing, that
10 Defendants shall have judgment against Plaintiff on all claims, and that Defendants
11 shall recover their costs incurred in this litigation.

DATED: ~~January ___, 2013~~ FEB 2 1 2013

By: _____
The Honorable Gary A. Klausner
United States District Court Judge